USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/28/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

NEIL R. COLE,

        Defendant.

19 Civ. 11148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' pre-motion letters, ECF Nos. 16, 18, it is hereby ORDERED that:

1. By **February 18, 2020**, the United States Attorney's Office shall file its motion to intervene and stay the proceedings;
2. By **March 10, 2020**, Defendant shall file his opposition; and
3. By **March 24, 2020**, the United States Attorney's Office shall file its reply, if any.

The initial pretrial conference scheduled for February 6, 2020, and associated deadlines in the initial pretrial order, ECF No. 14 ¶¶ 4–5, are ADJOURNED *sine die* pending the Court's resolution of the above motion.

    SO ORDERED.

Dated: January 28, 2020
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge