UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION, :
:
                 Plaintiff, :
: 19-CV-11148 (JPC)
     -v- :
: NOTICE OF
NEIL R. COLE, : <u>REASSIGNMENT</u>
:
               Defendant. :
:
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

JOHN P. CRONAN, United States District Judge:

     This case has been reassigned to the undersigned.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.  Pursuant to the Honorable Analisa Torres's Order dated February 19, 2020 (Dkt. 24), this action remains stayed in its entirety pending further order of this Court.  The parties are hereby ordered to file a joint letter every ninety days, apprising the court of the status of the proceedings in *United States v. Neil Cole*, 19-CR-869, until the stay of this matter is lifted, with the first status letter due on November 15, 2020.

     In accordance with the Court's Individual Rules and Practices, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours before the deadline or scheduled appearance, absent compelling circumstances.  The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for

adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

SO ORDERED.

Dated: October 19, 2020
      New York, New York

                                      JOHN P. CRONAN
                                  United States District Judge