

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

May 14, 2021

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *SEC v. Cole*, No. 1:19-CV-11148-JPC
      Joint Status Letter

Dear Judge Cronan:

Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this joint status letter to update the Court about the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER. Since the last joint status letter was filed on February 12, 2021 (*see* ECF No. 28), the matter has not been assigned a new trial date, and Judge Ramos has indicated that he would request a new trial date during the third quarter of 2021.

As ordered, the parties will file the next joint status letter in this matter on or before August 12, 2021.

Respectfully submitted,

/s/ Thomas A. Bednar
Thomas A. Bednar
Fernando Campoamor-Sánchez
Sarah H. Concannon
Securities and Exchange Commission
(202) 551-8523
campoamorsanchezf@sec.gov
Counsel for Plaintiff

/s/ Richard C. Tarlowe
Lorin L. Reisner
Richard C. Tarlowe
Andrew D. Reich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
(212) 373-3035
rtarlowe@paulweiss.com
Counsel for Defendant