

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

August 12, 2021

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> **Re:**   *SEC v. Cole*, **No. 1:19-CV-11148-JPC**
> **Joint Status Letter**

Dear Judge Cronan:

Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this joint status letter to update the Court about the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.  Since the last joint status letter was filed on May 14, 2021 (*see* ECF No. 29), Judge Ramos set a new trial date of October 4, 2021.

As ordered, the parties will file the next joint status letter in this matter on or before November 10, 2021.

Respectfully submitted,

/s/ Fernando Campoamor-Sánchez
Thomas A. Bednar
Fernando Campoamor-Sánchez
Sarah H. Concannon
Securities and Exchange Commission
(202) 551-8523
campoamorsanchezf@sec.gov
Counsel for Plaintiff

/s/ Richard C. Tarlowe
Lorin L. Reisner
Richard C. Tarlowe
Andrew D. Reich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
(212) 373-3035
rtarlowe@paulweiss.com
Counsel for Defendant