UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>                                                           **Plaintiff,**<br><br>v.<br><br><br>**NEIL R. COLE and**<br>**SETH HOROWITZ,**<br><br><br>                                                           **Defendants.** | **COMPLAINT**<br><br>**Civil Action No. 19-CV-11148-JPC**<br>**ECF CASE**<br>**(Jury Trial Demanded)** |

## DECLARATION OF SARAH HEATON CONCANNON
## PURSUANT TO LOCAL RULE 1.4

I, Sarah Heaton Concannon, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am Senior Trial Counsel at the Securities and Exchange Commission ("SEC"). I submit this declaration in support of my notice of withdrawal as counsel of record to the SEC.

2. The reason for my withdrawal is that I am leaving the SEC, effective September 11, 2021.

3. The SEC will continue to be represented in this matter by Fernando Campoamor Sanchez and Thomas A. Bednar.

4. As reflected in the Court's February 19, 2020 order, this matter is currently stayed [ECF No. 24].

5. I am not asserting a retaining or charging lien.

6. Accordingly, my withdrawal will not cause any delay or prejudice.

I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for Plaintiff.

Respectfully submitted,

Dated: August 27, 2021
Washington, D.C.

_____
Sarah Heaton Concannon (SC-9111)
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5977
Tel: (202) 551-5361
ConcannonS@sec.gov

## CERTIFICATE OF SERVICE

I certify that on August 27, 2021, I caused a copy of the foregoing Declaration to be served by ECF on all parties who have made an ECF appearance.

						_____
						Sarah Heaton Concannon
						Attorney for Plaintiff
						Securities and Exchange Commission