UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                          Plaintiff,<br><br>v.<br><br>NEIL R. COLE and<br>SETH HOROWITZ,<br><br>                                          Defendants. | COMPLAINT<br><br>Civil Action No. 19-CV-11148-JPC<br>ECF CASE<br>(Jury Trial Demanded) |

## [PROPOSED] ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Notice by counsel for Plaintiff Securities and Exchange Commission and the accompanying Declaration of Sarah Heaton Concannon,

IT IS HEREBY ORDERED that the request of Sarah Heaton Concannon for leave to withdraw as counsel for Plaintiff is granted, and the appearance of Sarah Heaton Concannon is withdrawn as of the date of this Order.

SO ORDERED.

Dated: _____

_____
Honorable John P. Cronan
United States District Judge