UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**SECURITIES AND EXCHANGE COMMISSION,**

                              **Plaintiff,**

v.

**NEIL R. COLE and
SETH HOROWITZ,**

                              **Defendants.**

Civil Action No. 19-CV-11148-JPC ECF CASE

(Jury Trial Demanded)

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Sarah Heaton Concannon, the undersigned counsel hereby moves this Court for an Order allowing Sarah Heaton Concannon to withdraw her individual appearance as counsel for the Plaintiff Securities and Exchange Commission, pursuant to Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York.   My colleagues, Fernando Campoamor Sanchez and Thomas A. Bednar, remain counsel of record for the Plaintiff.

                              Respectfully submitted,

Dated:  August 27, 2021
Washington, D.C.

*/s/ Sarah Heaton Concannon*
Sarah Heaton Concannon (SC-9111)
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-5977
Tel: (202) 551-5361

---

The request is granted. The Clerk of Court is respectfully directed to terminate Sarah Heaton Concannon as counsel in this case.

SO ORDERED. Date: August 30, 2021
New York, New York

*/s/ John P. Cronan*
JOHN P. CRONAN
United States District Judge

ConcannonS@sec.gov

## CERTIFICATE OF SERVICE

I certify that on August 27, 2021, I caused a copy of the foregoing Notice of Withdrawal of Appearance to be served by ECF on all parties who have made an ECF appearance.

Sarah Heaton Concannon
Attorney for Plaintiff
Securities and Exchange Commission