

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

November 10, 2021

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re: *SEC v. Cole*, No. 1:19-CV-11148-JPC
       <u>**Joint Status Letter**</u>

Dear Judge Cronan:

  Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the parties respectfully submit this joint status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER. Since the last joint status letter was filed on August 12, 2021 (*see* ECF No. 30), a jury trial was held before the Honorable Edgardo Ramos. On November 1, 2021, the jury returned a verdict of not guilty on two counts of the indictment and was unable to reach a unanimous verdict as to the remaining counts. Accordingly, Judge Ramos declared a mistrial as to those counts. We understand that the government is evaluating whether to pursue a retrial with respect to the open counts.

  As ordered, the parties will file the next joint status letter in this matter on or before February 8, 2022.

              Respectfully submitted,

<u>/s/ Fernando Campoamor-Sánchez</u>   <u>/s/ Richard C. Tarlowe</u>
Fernando Campoamor-Sánchez     Lorin L. Reisner
Securities and Exchange Commission   Richard C. Tarlowe
(202) 551-8523            Andrew D. Reich
campoamorsanchezf@sec.gov      Paul, Weiss, Rifkind, Wharton & Garrison LLP
Counsel for Plaintiff         (212) 373-3035
                  rtarlowe@paulweiss.com
                  Counsel for Defendant