UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                       Plaintiff,<br><br>v.<br><br>NEIL R. COLE and<br>SETH HOROWITZ,<br><br>                                       Defendants. | Civil Action No. 19-CV-11148 |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying declaration of Thomas A. Bednar, dated December 16, 2021, and pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, Thomas A. Bednar hereby moves the Court to withdraw his individual appearance in the above-captioned action because, after December 17, 2021, he will no longer be employed by plaintiff Securities and Exchange Commission. Fernando Campoamor Sanchez will remain as counsel to the Commission.

Dated:  Washington, D.C.
           December 16, 2021

By: */s/ Thomas A. Bednar*
Thomas A. Bednar
Supervisory Trial Counsel
100 F Street, N.E.
Washington, D.C.  20549-5985
Telephone: (202) 551-6218
Email: bednart@sec.gov
Counsel for Plaintiff
U.S. Securities & Exchange Commission