UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>v.<br><br>NEIL R. COLE and<br>SETH HOROWITZ,<br><br>                              Defendants. | Civil Action No. 19-CV-11148 |

**DECLARATION IN SUPPORT OF NOTICE OF WITHDRAWAL OF APPEARANCE**

      1.      Pursuant to Local Civil Rule 1.4 and Rule 2.5 of the Electronic Case Filing Rules and Instructions, I respectfully request leave of the Court to withdraw my individual appearance for plaintiff Securities and Exchange Commission in the above-captioned action.

      2.      The Commission is currently represented by Fernando Campoamor Sanchez, who will remain as counsel to the Commission.

      3.      I will no longer be employed by the Commission after December 17, 2021.

      4.      Because the Commission will continue to be represented by an attorney at the Commission, this withdrawal will not affect this action in any way, nor will it prejudice defendants.

Dated:  Washington, D.C.
            December 16, 2021

By: */s/ Thomas A. Bednar*
Thomas A. Bednar
Supervisory Trial Counsel
100 F Street, N.E.
Washington, D.C.  20549-5985
Telephone: (202) 551-6218
Email: bednart@sec.gov
Counsel for Plaintiff
U.S. Securities & Exchange Commission