

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

February 8, 2022

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
              **Joint Status Letter**

Dear Judge Cronan:

      Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the parties respectfully submit this joint status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER. Since the last joint status letter was filed on November 10, 2021 (*see* ECF No. 33), the government informed the Court that it would seek a retrial of Mr. Cole with respect to the open counts, and the Court indicated that it would request a trial date of July 18, 2022.

      As ordered, the parties will file the next joint status letter in this matter on or before May 9, 2022.

                                        Respectfully submitted,

| | |
|---|---|
| /s/ Fernando Campoamor-Sánchez | /s/ Richard C. Tarlowe |
| Fernando Campoamor-Sánchez | Lorin L. Reisner |
| Securities and Exchange Commission | Richard C. Tarlowe |
| (202) 551-8523 | Andrew D. Reich |
| campoamorsanchezf@sec.gov | Paul, Weiss, Rifkind, Wharton & Garrison LLP |
| Counsel for Plaintiff | (212) 373-3035 |
| | rtarlowe@paulweiss.com |
| | Counsel for Defendant |