UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>NEIL R. COLE,<br>　　　　　　　　Defendant. | 19-CV-11148 (JPC) |

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

　　　　　PLEASE TAKE NOTICE that, upon the annexed declaration of Andrew D. Reich, and subject to the approval of the Court, Andrew D. Reich hereby withdraws as counsel for Neil Cole and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

Dated:　New York, New York
　　　　March 23, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
    Andrew D. Reich

    1285 Avenue of the Americas
    New York, NY 10019
    212-373-3000
    adreich@paulweiss.com

SO ORDERED:

_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

             Plaintiff,

    v.

NEIL R. COLE,

             Defendant.

19-CV-11148 (JPC)

---

## **DECLARATION OF ANDREW D. REICH**

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Neil Cole. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. My withdrawal will not delay the matter or prejudice any party.

3. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
            March 23, 2022

By: _____
       Andrew D. Reich

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 23, 2022, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system.

By: _____
Andrew D. Reich