UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,
                Plaintiff,

    v.

NEIL R. COLE,

                Defendant.

19-CV-11148 (JPC)

---

## NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

        PLEASE TAKE NOTICE that, upon the annexed declaration of Andrew D. Reich, and subject to the approval of the Court, Andrew D. Reich hereby withdraws as counsel for Neil Cole and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

Dated:  New York, New York
          March 23, 2022

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Andrew D. Reich
Andrew D. Reich

1285 Avenue of the Americas
New York, NY 10019
212-373-3000
adreich@paulweiss.com

SO ORDERED:

JOHN P. CRONAN
United States District Judge

Date: April 4, 2022
New York, New York