

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

May 9, 2022

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
            Status Letter

Dear Judge Cronan:

      Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the U.S. Securities and Exchange Commission respectfully submits this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER. Since the last status letter was filed on February 8, 2022 (*see* ECF No. 36), the retrial in the criminal case has been tentatively set for October 31, 2022.

      In addition, the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP intends to file a notice to withdraw in this proceeding. Mr. Sean Hecker and Ms. Jenna Dabbs, who currently represent Mr. Cole in the criminal case, expect to enter an appearance on Mr. Cole's behalf in this proceeding before the next conference.

      As ordered, the next status letter in this matter will be filed on or before August 8, 2022.

                                          Respectfully submitted,

                                          /s/ Fernando Campoamor-Sánchez
                                          Fernando Campoamor-Sánchez
                                          U.S. Securities and Exchange Commission
                                          (202) 551-8523
                                          campoamorsanchezf@sec.gov
                                          Counsel for Plaintiff