

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

November 7, 2022

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
<u>Status Letter</u>

Dear Judge Cronan:

Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the U.S. Securities and Exchange Commission respectfully submits this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER. Since the last status letter was filed on August 8, 2022 (*see* ECF No. 40), the retrial in the criminal case before the Honorable Judge Edgardo Ramos began as scheduled on October 31, 2022, and it is currently underway.

As ordered, the next status letter in this matter will be filed on or before February 6, 2023.

Respectfully submitted,

/s/ Fernando Campoamor-Sánchez
Fernando Campoamor-Sánchez
U.S. Securities and Exchange Commission
(202) 551-8523
campoamorsanchezf@sec.gov
Counsel for Plaintiff

cc:    Sean Hecker, Esq.
       Jenna Dabbs, Esq.