

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

February 6, 2023

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> **Re:** *SEC v. Cole*, **No. 1:19-CV-11148-JPC**
> <u>**Status Letter**</u>

Dear Judge Cronan:

Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the U.S. Securities and Exchange Commission respectfully submits this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER. Since the last status letter was filed on November 7, 2022 (*see* ECF No. 41), the retrial in the criminal case before the Honorable Judge Edgardo Ramos concluded on November 28, 2022, with a verdict of guilty on all remaining counts.

The jury found Mr. Cole guilty of participating in a scheme to fraudulently inflate Iconix's revenue and earnings per share, making false filings with the U.S. Securities and Exchange Commission, and misleading the conduct of audits. Sentencing is scheduled to take place on June 14, 2023, at 10:30 a.m., before the Honorable Judge Ramos.

The next status letter in this matter will be filed on or before May 5, 2023.

Respectfully submitted,

/s/ Fernando Campoamor-Sánchez
Fernando Campoamor-Sánchez
U.S. Securities and Exchange Commission
(202) 551-8523
campoamorsanchezf@sec.gov
Counsel for Plaintiff

cc:   Sean Hecker, Esq.
      Jenna Dabbs, Esq.