UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>     v.<br><br>NEIL R. COLE,<br><br>                          Defendant. | No. 19-cv-11148 (JPC) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Defendant Neil R. Cole.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 7, 2023

                                                /s/ Sean Hecker
                                               Sean Hecker
                                               KAPLAN HECKER & FINK LLP
                                               350 Fifth Avenue, 63rd Floor
                                               New York, New York 10118
                                               Telephone: (212) 763-0889
                                               shecker@kaplanhecker.com

                                               *Counsel for Neil R. Cole*