

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

DIVISION OF ENFORCEMENT

May 5, 2023

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
                 Joint Status Letter

Dear Judge Cronan:

      Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the U.S. Securities and Exchange Commission respectfully submits this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

      Since the last status letter was filed on February 6, 2023 (*see* ECF No. 42), Judge Ramos, upon Mr. Cole's request and with the consent of the government, adjourned the sentencing date in the case to July 25, 2023.

      The next status letter in this matter will be filed on or before August 3, 2023.

                                      Respectfully submitted,

| /s/ Fernando Campoamor-Sánchez | /s/ Jenna Dabbs |
|---|---|
| Fernando Campoamor-Sánchez | Sean Hecker, Esq. |
| U.S. Securities and Exchange Commission | Jenna Dabbs, Esq. |
| (202) 551-8523 | Kaplan Hecker & Fink LLP |
| campoamorsanchezf@sec.gov | (212) 763-0889 |
| Counsel for Plaintiff | shecker@kaplanhecker.com |
| | jdabbs@kaplanhecker.com |
| | Counsel for Neil R. Cole |