

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

August 3, 2023

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**  *SEC v. Cole*, **No. 1:19-CV-11148-JPC**
       <u>**Joint Status Letter**</u>

Dear Judge Cronan:

  Pursuant to this Court's October 19, 2020 Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

  Since the last status letter was filed on May 5, 2023 (*see* ECF No. 46), Judge Ramos, upon Mr. Cole's request and with the consent of the government, adjourned the sentencing date in the case to October 5, 2023.

  The next status letter in this matter will be filed on or before November 1, 2023.

                Respectfully submitted,

| | |
|---|---|
| <u>/s/ Fernando Campoamor-Sánchez</u> | <u>/s/ Sean Hecker</u> |
| Fernando Campoamor-Sánchez | Sean Hecker, Esq. |
| U.S. Securities and Exchange Commission | Jenna Dabbs, Esq. |
| (202) 551-8523 | Kaplan Hecker & Fink LLP |
| campoamorsanchezf@sec.gov | (212) 763-0889 |
| Counsel for Plaintiff | shecker@kaplanhecker.com |
| | jdabbs@kaplanhecker.com |
| | Counsel for Neil R. Cole |