

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

February 1, 2024

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re:**   *SEC v. Cole*, No. 1:19-CV-11148-JPC
       <u>**Joint Status Letter**</u>

Dear Judge Cronan:

  Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

  Since the last status letter was filed on November 1, 2023 (*see* ECF No. 48), Mr. Cole requested and obtained an extension of time to file his opening brief on appeal, which is now due on February 28, 2024. As a result, the briefing on appeal is now expected to be completed in June 2024. Mr. Cole remains free on bail pending his appeal.

  The next status letter in this matter will be filed on or before May 1, 2024.

              Respectfully submitted,

| | |
|---|---|
| <u>/s/ Fernando Campoamor-Sánchez</u> | <u>/s/ Sean Hecker</u> |
| Fernando Campoamor-Sánchez | Sean Hecker, Esq. |
| U.S. Securities and Exchange Commission | Jenna Dabbs, Esq. |
| (202) 551-8523 | Kaplan Hecker & Fink LLP |
| campoamorsanchezf@sec.gov | (212) 763-0889 |
| Counsel for Plaintiff | shecker@kaplanhecker.com |
| | jdabbs@kaplanhecker.com |
| | Counsel for Neil R. Cole |