

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

DIVISION OF
ENFORCEMENT

May 1, 2024

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    **Re: *SEC v. Cole*, No. 1:19-CV-11148-JPC
      <u>Joint Status Letter</u>**

Dear Judge Cronan:

  Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

  Since the last status letter was filed on February 1, 2024 (*see* ECF No. 49), Mr. Cole filed his opening brief on appeal on February 28, 2024, and the government's response is due to be filed on May 29, 2024. As a result, the briefing on appeal after Mr. Cole's reply is subsequently filed is still expected to be completed in June 2024. Mr. Cole remains free on bail pending his appeal.

  The next status letter in this matter will be filed on or before July 30, 2024.

            Respectfully submitted,

| | |
|---|---|
| <u>/s/ Fernando Campoamor-Sánchez</u> | <u>/s/ Sean Hecker</u> |
| Fernando Campoamor-Sánchez | Sean Hecker, Esq. |
| U.S. Securities and Exchange Commission | Jenna Dabbs, Esq. |
| (202) 551-8523 | Kaplan Hecker & Fink LLP |
| campoamorsanchezf@sec.gov | (212) 763-0889 |
| Counsel for Plaintiff | shecker@kaplanhecker.com |
| | jdabbs@kaplanhecker.com |
| | Counsel for Neil R. Cole |