UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NEIL R. COLE,<br><br>　　　　　　　　　　　　　　　Defendant. | Civil Action No. 19-CV-11148 |

## MOTION AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned moves to withdraw his appearance as counsel for Plaintiff United States Securities and Exchange Commission ("SEC") in this action because he is leaving his employment at the SEC as of July 12, 2024.  Melissa Armstrong will continue to represent the SEC in this matter, and there is no prejudice to the Plaintiff or the Defendant in this action.  Therefore, the undersigned requests that he be allowed to withdraw as counsel of record, and that he be removed from the case management and electronic case file notification lists in the above-captioned matter.

Dated:  July 11, 2024

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Fernando Campoamor Sánchez
　　　　　　　　　　　　　　　　　　　　　　Fernando Campoamor Sánchez
　　　　　　　　　　　　　　　　　　　　　　Trial Counsel
　　　　　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20549-5924
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 551-8523
　　　　　　　　　　　　　　　　　　　　　　Email: campoamorsanchezf@sec.gov

SO ORDERED:

_____
Hon. John P. Cronan U.S.D.J.

1

**CERTIFICATE OF SERVICE**

      I certify that on July 11, 2024, a copy of the foregoing Motion and [Proposed] Order to Withdraw was served upon all counsel of record via the Court's electronic filing system.

/s/ Fernando Campoamor Sánchez
Fernando Campoamor Sánchez
Counsel for Plaintiff