AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19 Civ. 11148 |
| Neil Cole | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America.

Date: 01/10/2025

*Attorney's signature*

Justin V. Rodriguez
*Printed name and bar number*

26 Federal Plaza
New York, New York 10278
*Address*

justin.rodriguez@usdoj.gov
*E-mail address*

(212) 637-2591
*Telephone number*

*FAX number*