

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 10, 2025

By CM/ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>Securities and Exchange Commission v. Cole</u>
             19 Cv. 11148 (JPC)

Dear Judge Cronan:

      I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that you order the Clerk of Court to terminate my appearance in the above-captioned case.

                              Respectfully submitted,

                              EDWARD Y. KIM
                              Acting United States Attorney

                   By: <u>/s/ Scott Hartman</u>
                              Scott Hartman
                              Assistant United States Attorney
                              Tel: (212) 637-2357