

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 10, 2025

By CM/ECF

Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **Securities and Exchange Commission v. Cole**
            **19 Cv. 11148 (JPC)**

Dear Judge Cronan:

    I am leaving the service of the United States Attorney's Office. Accordingly, I respectfully request that you order the Clerk of Court to terminate my appearance in the above-captioned case.

            Respectfully submitted,

            EDWARD Y. KIM
            Acting United States Attorney

        By: /s/ Scott Hartman
            Scott Hartman
            Assistant United States Attorney
            Tel: (212) 637-2357

The instant request is granted. The Clerk of Court is respectfully directed to terminate attorney Scott Hartman as counsel of record in this matter.

SO ORDERED.
Date: January 13, 2025
New York, New York

            JOHN P. CRONAN
            United States District Judge