

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF ENFORCEMENT

April 9, 2025

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

          Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
                <u>Joint Status Letter</u>

Dear Judge Cronan:

      Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

      Since the last status letter was filed on January 17, 2025 (*see* ECF No. 61), the Second Circuit has heard oral argument on the appeal. Mr. Cole remains free on bail pending his appeal.

      The next status letter in this matter will be filed on or before July 8, 2025.

                                              Respectfully submitted,

| | |
|---|---|
| <u>/s/ Christopher Bruckmann</u> | <u>/s/ Sean Hecker</u> |
| Christopher Bruckmann | Sean Hecker, Esq. |
| U.S. Securities and Exchange Commission | Jenna Dabbs, Esq. |
| (202) 551-5986 | Kaplan Hecker & Fink LLP |
| bruckmannc@sec.gov | (212) 763-0889 |
| Counsel for Plaintiff | shecker@kaplanhecker.com |
| | jdabbs@kaplanhecker.com |
| | Counsel for Neil R. Cole |