

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**DIVISION OF**
**ENFORCEMENT**

July 8, 2025

Via ECF

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     *SEC v. Cole*, No. 1:19-CV-11148-JPC
        Joint Status Letter

Dear Judge Cronan:

Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

Since the last status letter was filed on April 9, 2025 (*see* ECF No. 62), there have been no new developments in *United States v. Neil Cole*, 19-CR-00869-ER. Mr. Cole remains free on bail pending his appeal.

The next status letter in this matter will be filed on or before September 8, 2025.

Respectfully submitted,

/s/ Melissa Armstrong                   /s/ Sean Hecker
Melissa Armstrong                       Sean Hecker, Esq.
U.S. Securities and Exchange Commission Jenna Dabbs, Esq.
(202) 551-4724                          Kaplan Hecker & Fink LLP
armstrongme@sec.gov                     (212) 763-0889
Counsel for Plaintiff                   shecker@kaplanhecker.com
                                        jdabbs@kaplanhecker.com
                                        Counsel for Neil R. Cole