UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
SECURITIES AND EXCHANGE COMMISSION,                                     :
                                                                        :
                      Plaintiff,                                       :
                                                      : 19 Civ. 11148 (JPC)
          -v-                                                      :
                                                       : ORDER
NEIL R. COLE,                                                           :
                                                                        :
                      Defendant.                                        :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        On July 8, 2025, the parties filed a status letter updating the Court on proceedings in *United States v. Neil Cole*, 19-CR-00869-ER, and represented that the next status letter would "be filed on or before September 8, 2025." Dkt. 63. That date has passed, and the docket does not reflect that such a letter has been filed. The parties are ordered to file a status letter by September 22, 2025.

SO ORDERED.

Dated: September 16, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                                          United States District Judge