

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

September 16, 2025

<u>Via ECF</u>

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
             <u>Joint Status Letter</u>

Dear Judge Cronan:

      Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

      Since the last status letter was filed on July 8, 2025 (*see* ECF No. 62), there have been no new developments in *United States v. Neil Cole*, 19-CR-00869-ER. Mr. Cole remains free on bail pending his appeal.

      The next status letter in this matter will be filed on or before November 17, 2025.

                                                          Respectfully submitted,

| | |
|---|---|
| /s/ Melissa Armstrong | /s/ Sean Hecker |
| Melissa Armstrong | Sean Hecker, Esq. |
| U.S. Securities and Exchange Commission | Jenna Dabbs, Esq. |
| (202) 551-4724 | Kaplan Hecker & Fink LLP |
| armstrongme@sec.gov | (212) 763-0889 |
| Counsel for Plaintiff | shecker@kaplanhecker.com |
| | jdabbs@kaplanhecker.com |
| | Counsel for Neil R. Cole |