UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

NEIL R. COLE and SETH HOROWITZ.,

Defendants.

No. 1:19-cv-11148

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3(l) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Zachary A. Avallone hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the District of Columbia and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Civil Rule 1.3.

Dated: November 25, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Zachary A. Avallone
　　　　　　　　　　　　　　　　　　　　Zachary A. Avallone
　　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　　100 F Street, NE
　　　　　　　　　　　　　　　　　　　　Washington, DC 20549
　　　　　　　　　　　　　　　　　　　　Tel: (202) 551-4479
　　　　　　　　　　　　　　　　　　　　Email: avallonez@sec.gov

## CERTIFICATE OF SERVICE

I certify that on November 25, 2025, I caused a copy of the foregoing document to be filed through the Court's ECF system, which will serve a copy on all counsel of record.

　　　　　　　　　　　　　　　　　　　　/s/ Zachary A. Avallone
　　　　　　　　　　　　　　　　　　　　Zachary A. Avallone