## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NEIL R. COLE and SETH HOROWITZ.,<br><br>Defendants. | No. 1:19-cv-11148 |

## DECLARATION OF ZACHARY A. AVALLONE

I, Zachary A. Avallone, declare the following:

1. I am a Trial Counsel at the U.S. Securities and Exchange Commission.

2. I am a member in good standing of the bars of the District of Columbia and California. I have attached the related certifications to this declaration, issued within the past year pursuant to Local Civil Rule 1.3(l).

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. I do not have any disciplinary proceedings presently pending against me.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: November 25, 2025        /s/ Zachary A. Avallone
                                      Zachary A. Avallone