## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

NEIL R. COLE and SETH HOROWITZ.,

Defendants.

No. 1:19-cv-11148

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Zachary A. Avallone for admission to practice *pro hac vice* in the above-captioned action pursuant to Local Civil Rule 1.3(l) is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and California, and that his contact information is as follows:

Zachary A. Avallone
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-4479
Email: avallonez@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above-entitled actions;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____        _____
                                  United States District Judge