

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

January 30, 2026

The Honorable John P. Cronan
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *SEC v. Cole*, No. 1:19-CV-11148-JPC
            <u>**Joint Status Letter**</u>

Dear Judge Cronan:

      Pursuant to this Court's October 19, 2020, Order (*see* ECF No. 26), the parties respectfully submit this status letter to update the Court regarding the proceedings in *United States v. Neil Cole*, 19-CR-00869-ER.

      On October 27, 2025, the Second Circuit issued an opinion reversing the judgment of district court and remanding the case with instructions to vacate Mr. Cole's convictions and to dismiss the underlying indictment. *See* 19-CR-00869-ER, ECF 344. On remand, the trial court vacated Mr. Cole's convictions and dismissed the underlying indictment. *Id.* at ECF 354 (Jan. 12, 2026).

      In this civil matter, the parties are in discussions regarding a potential resolution. While those discussions continue and to allow time for the Commission's internal approval processes, the parties jointly request that the Court continue to stay the matter. If the case has not been fully resolved by May 6, 2026, the parties will submit a joint status letter to apprise the Court of any updates.

      Respectfully submitted,

| | |
|---|---|
| /s/ Zachary A. Avallone | /s/ Sean Hecker |
| Melissa Armstrong | Sean Hecker, Esq. |
| Zachary A. Avallone | Jenna Dabbs, Esq. |
| U.S. Securities and Exchange Commission | Hecker Fink LLP |
| (202) 551-4724 | (212) 763-0889 |
| armstrongme@sec.gov | shecker@heckerfink.com |
| avallonez@sec.gov | jdabbs@heckerfink.com |
| *Counsel for Plaintiff* | *Counsel for Neil R. Cole* |